UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDUARDO NAJERA,

                *Petitioner*,

v.

LYNN J. LILLEY, Superintendent,

                *Respondent.*

**ORDER REGARDING STATE COURT RECORDS**

No. 7:21-cv-07190 (CS) (AEK)

     The Clerk of the Appellate Division of the New York State Supreme Court, Second Department, shall grant the New York State Attorney General, as counsel for respondent in the above-captioned federal habeas corpus action by Eduardo Najera, access to all records and files in the Clerk's custody pertaining to *People v. Najera*, Rockland County Indictment No. 2016-331.

     SO ORDERED.

Dated:    January 14, 2022

Respondent's application for access to state court records from the Appellate Division, Second Department is GRANTED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge