UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EDUARDO NAJERA,

                            Petitioner,

      -against-                                     21 **CIVIL** 7190 (CS)(AEK)

                                                 **JUDGMENT**

LYNN J. LILLEY, Superintendent,

                            Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 5, 2022, the R&R is adopted as the decision of the Court. The Petition is dismissed. As the Petition makes no substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253(c)(2); accordingly, the case is closed.

**Dated:** New York, New York

        July 5, 2022

                                                       **RUBY J. KRAJICK**

                                                       **Clerk of Court**
                          **BY:**      K. Mango
                                                       **Deputy Clerk**